UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20417-CR-DIMITROULEAS

UNITED STATES OF AMERICA
        Plaintiff,
v.

**WAIVER OF INDICTMENT**

OSNIER PUPO

        Defendant.
_____/

I, Osnier Pupo, the above named defendant who is accused of

Conspiracy to Defraud the United States and Pay and Receive Health Care Kickbacks

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on June 16, 2015, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

6/16/15
Dated

Before _____
**PATRICK M. HUNT**
United States Magistrate Judge