UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-CR-20417-DIMITROULEAS

**UNITED STATES OF AMERICA**

vs.

**OSNIER PUPO,**

**Defendant.**
_____/

## JOINT STATUS REPORT

This is the Government's and Defendant's joint status report as to Defendant Osnier Pupo. It is filed pursuant to the Court's order of June 16, 2015.

A. The Government has provided or made discovery available to the Defendant, as outlined in the Government's Response to the Standing Discovery Order, which was filed with the Court today.

B-C. The parties do not anticipate that trial will be necessary in this matter.

D. The Defendant has signed a written plea agreement and accompanying factual basis for guilty plea.

E-F. There is no video evidence in this matter.

G.  The parties will be contacting the Court to schedule a change of plea hearing prior to the calendar call in this case currently set for July 17, 2015, or for whatever time and date is convenient for the Court.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:  _____/s/_____
A. BRENDAN STEWART
TRIAL ATTORNEY
Court ID No. A5501801
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 716-1142
brendan.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2015, I electronically filed and served the foregoing document with the Clerk of the Court using CM-ECF.

_____/s/_____
A. BRENDAN STEWART
TRIAL ATTORNEY
Court ID No. A5501801
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 716-1142
brendan.stewart@usdoj.gov