UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cr-20417

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSNIER PUPO,
    Defendant.
_____/

## ORDER GRANTING DEFENDANT PERMISSION TO TRAVEL OUTSIDE OF THE JURISDICTION

**THIS CAUSE** having come on to be heard before the Court, and the Court being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the Defendant be allowed to travel outside this jurisdiction to Omaha, Nebraska from July 22 through July 26, 2015.

**DONE AND ORDERED** in chambers, Southern District of Florida, this 17, day of July, 2015.

*[signature]*
JUDGE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
Pre Trial Services