UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cr-20417

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

OSNIER PUPO,

      Defendant.
_____/

## MOTION FOR PERMISSION TO TRAVEL
## OUTSIDE OF THE JURISDICTION

**COMES NOW** the Defendant, OSNIER PUPO, and respectfully moves this honorable Court to allow him to travel outside of the jurisdiction. As grounds therefore the Defendant avers the following:

1. On July 16, 2015, the Defendant entered a plea of guilty to Conspiracy to Defraud the United States Department of Health and Human Services.

2. Sentencing is scheduled for September 23, 2015.

3. Prior to his arrest in this matter, the Defendant booked and paid for a non-refundable trip to Rome, Italy. His departure and return flights are scheduled, respectively, for August 13, 2015 and August 25, 2015.

4. The Defendant respectfully requests this honorable Court to allow his to travel outside of the jurisdiction to take part in said pre-planned vacation.

5. The Defendant's arrest in this matter was facilitated by his voluntary surrender. The Court granted the Defendant release on a $200,000

      personal surety bond co-signed by the Defendant's brother, Daniel Pupo. He has appeared as required at each setting of this matter.

6. Additionally, this Court has previously granted the Defendant permission to travel outside of the jurisdiction. The Defendant, with the Court's consent, recently traveled to, and returned as scheduled from Nebraska.

7. Undersigned counsel has spoken to AUSA Brenan Stewart, who objects to this request.

**WHEREFORE**, the Defendant respectfully requests this honorable Court to enter an Order allowing his to travel outside of the jurisdiction.

RESPECTFULLY SUBMITTED,

*s/ Juan Mourin, Esq.*
FL BAR NO. 103438
1370 NW 16th Street
MIAMI, FL  33125
Tel: (305) 3225-8119
Fax: (305) 325-0569

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of July, 2015, I electronically filed the foregoing document with the Clerk of Court by Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notice of Electronic Filing.

*s/Juan Mourin, Esq.*