UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cr-20417-WPD-1

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

OSNIER PUPO,
       Defendant.
_____/

**AGREED MOTION TO CONTINUE SENTENCING**

**COMES NOW** the Defendant, OSNIER PUPO, and respectfully moves this honorable Court to continue the Sentencing in this matter.  As grounds therefore the Defendant avers the following:

1. On July 16, 2015, the Defendant entered a plea of guilty to Conspiracy to Defraud the United States Department of Health and Human Services.

2. Sentencing is scheduled for September 23, 2015, at 1:15 p.m..

3. On October 26, 2015, trial will begin in *United States v. Borges, et. al*. (15-CR-20383 is a matter related to the instant case).  During that trial, the Defendant may be called as a witness for the Government.

4. AUSA Brendan Stewart, the prosecuting attorney in the instant case, is based in Washington, D.C..  However, because he is Government counsel in *United States v. Mora* (15-CR-20416, a matter related to the instant case), AUSA Stewart will be present in the Southern District of Florida for

Sentencing in that matter. The Sentencing in *United States v. Mora* is scheduled for November 12, 2015, at 10:00 a.m..

5. Accordingly, so that the Defendant may testify in *United States v. Borges* prior to his sentencing, and to accommodate AUSA Stewart's travel to the Southern District of Florida (thereby avoiding unnecessary expense to the Government), the Defendant respectfully requests this honorable Court to continue his Sentencing to the afternoon of November 12, 2015.

6. AUSA Brendan Stewart joins in this request.

**WHEREFORE**, the Defendant respectfully requests this honorable Court to enter an Order continuing the Sentencing in this matter.

RESPECTFULLY SUBMITTED,

*s/ Juan Mourin, Esq.*
FL BAR NO. 103438
1370 NW 16th Street
MIAMI, FL  33125
Tel: (305) 3225-8119
Fax: (305) 325-0569

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of September, 2015, I electronically filed the foregoing document with the Clerk of Court by Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notice of Electronic Filing.

*s/Juan Mourin, Esq.*