UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 15-20417-CR-DIMITROULEAS

    Plaintiff,

vs.

OSNIER PUPO,

    Defendant.
_____/

**ORDER DENYING AGREED MOTION TO CONTINUE SENTENCING**

THIS CAUSE having come on to be heard before the Court on Defendant's November 2, 2015 Agreed Motion to Continue Sentencing [DE-31], and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion [DE-31] is Denied. Santiago Borges pled guilty on October 14, 2015. [DE-106 in 15-20383-CR].

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of November, 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record
USPO