UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                          CASE NO.  15-20417-CR-DIMITROULEAS

     Plaintiff,

vs.

OSNIER PUPO,

     Defendant.
_____/

### ORDER GRANTING AMENDED AGREED MOTION TO CONTINUE SENTENCING

THIS CAUSE having come on to be heard before the Court on Defendant's November 3, 2015

Amended Agreed Motion to Continue Sentencing [DE-33], and the Court being fully advised in the

premises, it is hereby

ORDERED AND ADJUDGED that the Motion [DE-33] is Granted.  Sentencing is reset to **January 7,**

**2016 at 1:15 P.M.**

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of

November, 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record
USPO