UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 15-20417-CR-DIMITROULEAS

    Plaintiff,

vs.

OSNIER PUPO,

    Defendant.
_____/

**ORDER GRANTING AGREED MOTION TO CONTINUE SENTENCING**

THIS CAUSE having come on to be heard before the Court on Defendant's December 29, 2015 Amended Agreed Motion to Continue Sentencing [DE-35], and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion [DE-35] is hereby Granted. Sentencing is reset to January 21, 2016 at 1:30 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of December, 2015.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record
USPO