**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-CR-20417-DIMITROULEAS**

**UNITED STATES OF AMERICA**

**vs.**

**OSNIER PUPO,**

**Defendant.**
_____/

**GOVERNMENT'S MOTION FOR A RULE 35 REDUCTION**

The United States moves to reduce the sentence of Defendant Osnier Pupo pursuant to Rule 35 of the Federal Rules of Criminal Procedure:

1.     On June 9, 2015, the defendant was charged by information with conspiracy to defraud the United States and pay and receive health care kickbacks in violation of Title 18, United States Code, Section 371.

2.     On July 15, 2015, the defendant pleaded guilty to conspiracy to defraud the United States and pay and receive health care kickbacks in violation of Title 18, United States Code, Section 371.

3.     The defendant is scheduled to be sentenced on January 21, 2016.

4.     The defendant has provided the Government with substantial assistance and as a result of this assistance, the Government recommends a 40% reduction in his sentence.

5.      The Government has conferred with counsel for the defendant, and the

parties have agreed, if it is convenient for the Court, that this motion can be

heard immediately following the sentencing hearing set for January 21,

2016.


                                        Respectfully submitted,

                                        WIFREDO A. FERRER
                                        UNITED STATES ATTORNEY

                              By:       /s/ A. Brendan Stewart_____
                                        A. BRENDAN STEWART
                                        TRIAL ATTORNEY
                                        Court ID No. A5501801
                                        United States Department of Justice
                                        1400 New York Avenue, N.W.
                                        Washington, D.C. 20530
                                        Phone: (202) 716-1142
                                        brendan.stewart@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 20, 2016, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF.


/s/ A. Brendan Stewart ___
A. Brendan Stewart